**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cr-00024-MTS (SPM) |
| | ) | |
| NICHOLAS MAYS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on Defendant Nicholas Mays's Motion to Dismiss the Indictment. Doc. [54]. Pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Criminal Procedure 59(b)(1), the Court referred the Motion to United States Magistrate Judge Shirley Padmore Mensah. Judge Mensah recommended that the Court deny the Motion. Doc. [83] (2026 WL 2374815). No party has filed any objection. Pursuant to Rule 59(b)(2), the "[f]ailure to object in accordance with this rule waives a party's right to review." *See also* 28 U.S.C. § 636(b)(1)(C) (providing a district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*" (emphasis added)).

Because no party has made any objection, I will accept Judge Mensah's Report and Recommendation. *See United States v. Wright*, 8:22-cr-0253-RFR, 2025 WL 1484806, at *2 (D. Neb. May 23, 2025) ("No review is required in relation to unobjected-to portions of a magistrate judge's findings and recommendations.").

Accordingly,

**IT IS HEREBY ORDERED** that the unobjected-to Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah, Doc. [83], is **ACCEPTED**, and Defendant Nicholas Mays's Motion to Dismiss the Indictment, Doc. [54], is **DENIED**.

Dated this 18th day of September 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE